IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-130-JLK**

**DAVITA, INC.,**

    Plaintiff,

v.

**GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, a Colorado corporation,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulated Motion for Dismissal With Prejudice (doc. #35), filed December 30, 2005, it is

**ORDERED** that the Motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 3rd day of January, 2006.

BY THE COURT:

S/John L. Kane
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT